UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HOCKEYLINE, INC.,                     )
                                      )
       Plaintiff/Counter-Defendant,  )
                                      )   Civil Action No.  1:13-CV-01446-CM
  -v-                                 )
                                      )
STATS LLC,                            )
                                      )
       Defendant/Counterclaimant       )
------------------------------------- X

## DECLARATION OF DANIEL J. WEINBERG IN SUPPORT OF PLAINTIFF HOCKEYLINE, INC.'S OBJECTIONS TO STATS LLC'S BILL OF COSTS

I, Daniel J. Weinberg, declare:

1. I am an attorney with the law firm of Freitas Angell & Weinberg LLP, counsel for Plaintiff Hockeyline, Inc. ("Hockeyline"). I submit this declaration in support of Hockeyline's Objections to STATS LLC's ("STATS") Bill of Costs. I have personal knowledge of the facts set forth in this declaration and I could and would testify competently to them if called as a witness.

2. The table below contains a summary of the contents of STATS's document production in this case.

| Summary of STATS's Production | |
|---|---|
| U.S. Patent No. 6,725,107 | STATS0000001-7 |
| U.S. Patent No. 5,153,826 | STATS0000009-20 |
| U.S. Patent No. 5,283,733 | STATS0000021-27 |
| U.S. Patent No. 5,363,297 | STATS0000028-37 |
| U.S. Patent No. 5,377,982 | STATS0000038-49 |

| | |
|---|---|
| U.S. Patent No. 5,562,550 | STATS0000050-66 |
| U.S. Patent No. 5,648,752 | STATS0000067-75 |
| U.S. Patent No. 5,653,634 | STATS0000076-93 |
| U.S. Patent No. 5,681,108 | STATS0000094-117 |
| U.S. Patent No. 5,740,549 | STATS0000118-141 |
| U.S. Patent No. 5,898,587 | STATS0000142-153 |
| U.S. Patent No. 5,949,679 | STATS0000154-178 |
| U.S. Patent No. 6,041,266 | STATS0000179-208 |
| U.S. Patent No. 6,148,242 | STATS0000209-221 |
| U.S. Patent No. 6,277,029 | STATS0000222-234 |
| U.S. Patent No. 7,037,198 | STATS0000235-244 |
| U.S. Appl. No. 09/885,756<br><br>Pub. No. US 2002/0015060 | STATS0000245-264 |
| U.S. Appl. No. 09/951,988<br><br>Pub. No. US 2002/0044045 | STATS0000265-287 |
| U.S. Appl. No. 09/734,644<br><br>Pub. No. US 2002/0072815 | STATS0000288-320 |
| STATS Baseball | STATS0000321-354 |
| STATS Football | STATS0000355-380 |
| Score Pad Baseball | STATS0000381-518 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2017, at Redwood Shores, California.

*/s/Daniel J. Weinberg*
Daniel J. Weinberg